U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
NOV - 3 2026
IN OPEN COURT
TAMMY H. DOWNS
By: DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:26CR00220KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 2423(b) |
| | ) | |
| DYLAN BAKER | ) | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

On or about October 23, 2026, to on or about October 27, 2026, in the Eastern District of Arkansas and elsewhere, the defendant,

DYLAN BAKER,

did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(g).

All in violation of Title 18, United States Code, Section 2423(b).

☐ NO TRUE BILL. ☑ TRUE BILL.

REDACTED SIGNATURE

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

By: JORDAN C. CREWS
Assistant United States Attorney
AR Bar No. 2007299
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
Jordan.crews@usdoj.gov